## HARMAN vs. GLOVER & SMITH.

After the service of a peremptory order for a bill of particulars, a plaintiff has 24 hours to furnish it; and if before the expiration of that time the defendant gives notice of motion for judgment of *non-pross*, he will be ordered to pay costs.

THE defendant, after an order to shew cause, obtained a peremptory order for a *bill of particulars*, and served it on the plaintiff's attorney, *and on the same day* served a notice of a motion for judgment of *non-pross*. On the next day after the service of the peremptory order, the plaintiff's attorney served a bill of particulars.

February 6.

*By the Court*, SAVAGE, Ch. J. The motion is denied, with costs. Upon service of the peremptory order, the plaintiff was bound to furnish a bill of particulars *instanter*, which, within our rules, means 24 hours; and within that time the bill in this case was delivered.